IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FERDINAND ANTIGO**                                                                  **PLAINTIFF**

v.                                                                  Civil No.: 1:14cv71-HSO-RHW

**ROYAL HOSPITALITY SERVICES, LLC**                                          **DEFENDANT**

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff's Motion for Default Judgment [316],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Ferdinand Antigo against Defendant Royal Hospitality Services, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Ferdinand Antigo shall recover from Defendant Royal Hospitality Services, LLC, judgment in the amount of $71,839.43, plus costs and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED,** this the 6th day of June, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE